FRANKLIN COUNTY PROSECUTING ATTORNEY,
APPELLEE, *v.* WALKER, APPELLANT.

[Cite as *Franklin Cty. Pros. Atty. v. Walker,*
117 Ohio St.3d 537, 2008-Ohio-1589.]

(No. 2007–2121—Submitted March 12, 2008—Decided April 9, 2008.)

---

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Hyle v. Porter,* 117 Ohio St.3d 165, 2008-Ohio-542, 882 N.E.2d 899.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Tracie M. Boyd, Assistant Prosecuting Attorney, for appellee.

Shaw & Miller and Mark J. Miller, for appellant.